THOMAS KITSON, Respondent, *v.* SARAH F. BLAKE, Appellant.

Same Respondent, *v.* FREDERICK D. BLAKE, Appellant.

(Argued June 15, 1891; decided June 23, 1891.)

MOTIONS to dismiss appeals from orders of the General Term of the Supreme Court in the second judicial department, made May 13, 1891, which affirmed orders of Special Term refusing to set aside inquests and open judgment in favor of plaintiff in the above entitled actions.

*Carlisle Norwood, Jr.,* for motions.

Agree to grant motions; no opinion.
All concur.
Motions granted.